ROBERT W. FREEMAN
Nevada Bar No. 3062
Robert.Freeman@lewisbrisbois.com
ANDREW C. SWITLYK
Nevada Bar No. 16758
Andrew.Switlyk@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
5555 Kietzke Lane, Suite 200
Reno, Nevada 89511
Telephone: 775.399.6383
Facsimile: 775.827.9256
*Attorneys for Defendant/Cross-Claimant State
Farm Fire and Casualty Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

**\*\*\***

| | |
|---|---|
| JOSEPHINA BANDEL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FOREST LODGE PROPERTIES, LLC, a Nevada Limited Liability Company; STATE FARM FIRE AND CASUALTY COMPANY, an Illinois corporation; DOE Defendants 1 – 10; and ROE Defendants 1 10,,<br><br>Defendants. | Case No.: 3:25-cv-00334-ART-CSD<br><br>ORDER GRANTING<br>**MOTION TO REMOVE COUNSEL** |
| STATE FARM FIRE AND CASUALTY COMPANY, an Illinois corporation,<br><br>Cross-Claimant,<br><br>vs.<br><br>FOREST LODGE PROPERTIES, LLC, a Nevada Limited Liability Company,<br><br>Cross-Defendant. | |

Francis A. Arenas, Esq. of the law firm of Lewis Brisbois Bisgaard & Smith LLP, hereby requests that he be removed as counsel for Defendant/Cross-Claimant State Farm Fire and Casualty Company ("State Farm"), as he is no longer associated with the above-captioned case. For this reason, it is requested that the Clerk of Court remove Francis A. Arenas' name from the CM/ECF

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

178023815.1

as counsel for State Farm, so that he no longer receives electronic service of materials filed in this case. Robert W. Freeman, Esq. and Andrew C. Switlyk, Esq. remain as counsel for State Farm.

DATED this 11th day of June, 2026.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By      */s/ Robert W. Freeman*
ROBERT W. FREEMAN
Nevada Bar No. 3062
ANDREW C. SWITLYK
Nevada Bar No. 16758
5555 Kietzke Lane, Suite 200
Reno, Nevada 89511
*Attorneys for Defendant/Cross-Claimant State Farm Fire and Casualty Company*

IT IS SO ORDERED.

DATED: June 11, 2026.

_____
Craig S. Denney
United States Magistrate Judge

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW