**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSEPHINA BANDEL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>FOREST LODGE PROPERTIES, LLC, a Nevada Limited Liability Company; STATE FARM FIRE AND CASUALTY COMPANY, an Illinois corporation; DOE Defendants 1 – 10; and ROE Defendants 1 10,,<br><br>Defendants. | Case No.: 3:25-cv-00334-ART-CSD<br><br>**ORDER GRANTING**<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) |
| STATE FARM FIRE AND CASUALTY COMPANY, an Illinois corporation,<br><br>Cross-Claimant,<br><br>vs.<br><br>FOREST LODGE PROPERTIES, LLC, a Nevada Limited Liability Company,<br><br>Cross-Defendant. | |

**STIPULATION**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Josephina Bandel ("Plaintiff"), Defendant/Cross-Claimant State Farm Fire and Casualty Company ("State Farm"), and Defendant/Cross-Defendant Forest Lodge Properties, LLC ("Forest Lodge"), by and through their undersigned counsel of record, hereby stipulate and agree that this action, including all claims and crossclaims asserted in the above-captioned matter, shall be dismissed in its entirety with prejudice.

IT IS SO STIPULATED.

DATED this 28th day of September, 2026.

**FUNK FIRM, PLLC**
**GUNDERSON LAW FIRM**

By: /s/ Stephanie K. Funk
Stephanie K. Funk, Esq.
Nevada Bar No. 12898
John R. Funk, Esq.
Nevada Bar No. 12372
*Attorneys for Plaintiff Josephina Bandel*

DATED this 28th day of September, 2026.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

By: /s/ Andrew Switlyk
Robert W. Freeman
Andrew Switlyk, Esq.
*Attorneys for Defendant/Cross-Claimant State Farm Fire and Casualty Company*

DATED this 28th day of September, 2026.

**HANSEN & HANSEN**

By: /s/ Jim Cox
Jonathan J. Hansen, Esq.
Joel F. Hansen, Esq.
Jim Cox, Esq.
Attorneys for Defendant/Cross-Defendant
Forest Lodge Properties, LLC

**ORDER**

IT IS ORDERED that this action, including all claims and crossclaims, is dismissed in its entirety with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

IT IS SO ORDERED.

DATED this 29th day of September, 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE